# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| United States of America | CRIMINAL COMPLAINT |
|---|---|
| v. | CASE NUMBER: 22-9421 MJ |
| Tim Wayne Fox | |

I, Jaclyn Williams, the complainant in this case, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the District of Arizona, the defendant violated 18 U.S.C. § 2250(a), an offense described as follows:

**See Attachment A - Description of Count**

I further state that I am Deputy U.S. Marshal with the U.S. Marshals Service, and that this complaint is based on the following facts:

**See Attachment B – Statement of Probable Cause**

Continued on the attached sheets and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY: AUSA Sheila Phillips   *S.P.*

Jaclyn Williams, Deputy U.S. Marshal
Name of Complainant

*Jaclyn Williams*
Signature of Complainant

Sworn to before me telephonically.

11/10/2022 @ 12:52pm
Date

at   Phoenix, Arizona
City and State

Honorable EILEEN S. WILLETT
United States Magistrate Judge
Name & Title of Judicial Officer

*ESWillett*
Signature of Judicial Officer

# ATTACHMENT A

# DESCRIPTION OF COUNT

## Count 1

Between on or about October 12, 2022 and on or about November 9, 2022 in the District of Arizona, Defendant TIM WAYNE FOX, a person convicted pursuant to a guilty verdict i jury trial of Attempt to Commit a Class B Felony-Sexual Abuse in the First Degree, a Class C Felony and Sexual Abuse in the Third Degree, a Class A Misdemeanor, in the Criminal Circuit Court of the State of Oregon for Linn County, in 2011 and required to register under the Sex Offender Registration and Notification Act (SORNA), did knowingly travel in interstate commerce to Mesa and Apache Junction, Arizona and knowingly failed to register and/or update a registration.

In violation of Title 18 United States Code Section 2250(a).

**ATTACHMENT B**

**STATEMENT OF PROBABLE CAUSE**

I, Jaclyn Williams, being duly sworn, hereby depose and state as follows:

1. I am a Deputy United States Marshal (DUSM) assigned to the United States Marshals Service (USMS), in Phoenix, Arizona. I graduated from the United States Marshals Service Training Academy at the Federal Law Enforcement Training Center for Criminal Investigators in 2018. As part of my regular duties, I investigate violations of Title 18, United States Code (U.S.C.), Section 2250(a), Failure to Register as a Sex Offender. This statement of probable cause is in support of a criminal complaint against Defendant Tim Wayne Fox (FOX) for violating 18 U.S.C. § 2250(a), Failure to Register as a Sex Offender. This statement does not include all the facts known to me regarding this investigation but is meant only to establish probable cause that a crime has been committed and the person named in the complaint has committed it.

2. On February 16, 2011, FOX was sentenced to 20 months in custody at the Oregon Department of Corrections after a Jury Verdict of guilty in Linn County Criminal Circuit Court case number 10040604, for the crimes of Attempt to Commit a Class B Felony-Sexual Abuse in the First Degree, a Class C Felony and Sexual Abuse in the Third Degree, a Class A Misdemeanor, in violation of Oregon Statutes ORS 161.405(2)(c), 163.427(1)(a)(B) and 163.415. As a result of this conviction, FOX is required to register as a sex offender pursuant to the Sex Offender Registration and Notification Act (SORNA). Under SORNA, FOX is a Tier III offender, required to register for life.

3. FOX has acknowledged his understanding of his registration requirements on multiple occasions. On February 16, 2011, FOX signed a Court Notice of Sex Offender Obligation. On March 15, 2011, FOX signed a Correctional Intake Center Sex Offender Registration

Obligation Notification Form. On January 18, 2012, FOX signed a Correctional Institution Sex Offender Registration Obligation Notification Form.  Each of these forms notify offenders of their requirement to register as a sex offender under Oregon State Law as well as their obligation under Federal Law.

4. On September 13, 2012, FOX completed his initial Sex Offender Registration and placed his initials next to a statement that reads "No more than 3 days after moving into another State, Country, Territory, or Indian Tribal Lands, I must report to law enforcement in that county, in-person, and complete registration. (Adam Walsh Child Protection and Safety Act of 2006 P.L. 109-248, Title 1 Sex Offender Registration and Notification Act)". On October 31, 2012, FOX completed a Sex Offender Registration and signed a document titled "Oregon Sex Offender Reporting Requirements".   This form has a section that reads "18 U.S.C. 2250- Failure to Register: Section 2250 of Title 18, United States Code, makes it a federal offense for sex offenders required to register pursuant to the Sex Offender Registration and Notification Act (SORNA), to knowingly fail to register or update a registration as required.   State convicted sex offenders may also be prosecuted under this statute if the sex offender knowingly fails to register or update a registration as required, and engages in interstate travel, foreign travel, or enters, or leaves, or resides on an Indian reservation. A sex offender who fails to properly register may face fines and up to 10 years in prison."

5. Per rules of the sex offender registry in Oregon, FOX is required to report in person to the Department of State Police, a city police department or a county sheriff's office, in the county of his reported residence each year within 10 days of his birthday.   FOX reported to the Sweet Home Police Department on October 10, 2022, as required.   During this visit, FOX changed his address from 28211 Scott Mountain Rd., Sweet Home, OR, to 86779 Summer Ln., Christmas Valley, OR.   This is the last known registration update completed by FOX.  The only vehicle listed is a 2007 Ford F150 with Washington plate number C87979H.   This form has a section titled "Federal Law- Registration and Reporting

4

Requirements" which summarizes the requirements of SORNA. There is also an acknowledgement above the signature that reads "I understand that this form is a summary of Oregon sex offender reporting and registration requirements, and I am required to comply with the law regardless of the above summary. I understand it is my duty to know the reporting requirements, including changes to the law that may be made after I sign this form." I have reviewed FOX's registration records from the state of Oregon. Fox updated his registration records on at least 13 occasions.

6. On October 19, 2022, the Apache Junction Police Department performed a felony stop on a 2015 GMC Yukon bearing Arizona license plate number 28A94J, after the plate was ran and was associated with two missing children out of Washington. FOX and his wife, Jamie Cobat, were the only occupants. The vehicle is registered to FOX and Cobat with an address of 702 S Sabrina, Mesa, AZ. There is a Felony warrant for Custodial Interference-DV for Rikki Harvill related to the missing children. Harvill is Cobat's daughter. FOX and Cobat told police they were staying in a Recreational Vehicle (RV) park at 9252 E Broadway Rd., Mesa, AZ. Police discovered FOX is a registered sex offender in Oregon, but not registered in Arizona.

7. On October 25, 2022, U.S. Marshals in Western District of Washington requested assistance from the District of Arizona with locating the missing children, apprehending Harvill and investigating FOX for potential violations of 18 U.S.C. § 2250, Failure to Register.

8. On October 26, 2022, investigators went to the RV park on E Broadway and spoke with management, who located a reservation in the name of Jamie Cobat. The reservation contained an email address, PO box and phone number associated with Cobat. Staff provided investigators with the recorded phone call of the reservation being made. On the call, Harvill made the reservation using Cobat's credit card, and stated there would be 3 adults, 2 children and 2 dogs staying. Harvill inquired about a Veteran Discount. FOX

is a military Veteran. Staff at the RV park stated the stay was from October 12, 2022, to October 24, 2022. Photos of the RV used to make the reservation were provided to investigators.

9. In the evening of October 27, 2022, a publicly available video was posted on a TikTok social media account, believed to belong to Jamie Cobat, depicting the SpaceX rocket launch that occurred in California and was witnessed in Arizona that night. The video appeared to be taken inside of an RV park. This was the same RV park investigators already determined FOX and Cobat had rented at in the past. Investigators went to the park located at 702 S Meridian, Apache Junction, AZ, and spoke with management. Management confirmed a reservation in Jamie Cobat's name in spot 607. Investigators went to this spot and located an RV that matched the photos already obtained, bearing Oregon License plate number HC41867. This plate is expired and comes back to a woman believed to be Cobat's son's paternal grandmother, in Lebanon, OR. Investigators established surveillance near the RV and at approximately 1700, the Yukon registered to FOX and Cobat arrived and parked next to the RV. FOX and Cobat got out of the Yukon and went into the RV. Mobile surveillance was initiated when FOX left the RV park in the Yukon and concluded after investigators observed him attending a Skyline High School football game with the residents of the S Sabrina address. Investigators have continued to conduct surveillance at this RV and have witnessed the FOX and Cobat coming and going from the RV in the Yukon, until the date of this affidavit.

10. On November 2, 2022, I conducted an internet search of FOX's registered address on Summer Ln. and discovered a for sale listing of the home on Zillow. The listing indicates it is for sale by owner and lists Cobat's phone number (541-918-1264) as the contact. The listing states "this home needs to sale fast". Photos of the home include similar dogs as witnessed on surveillance with Cobat and FOX.

11. On November 9, 2022, I conducted a telephonic interview of Jacob Harvill, the father

of the missing children. J. Harvill stated FOX and Cobat have had the RV 4-5 years. FOX was most recently living at 86779 Summer Ln, Christmas Valley, OR. Sometime around October 11, 2022, J. Harvill requested the Lake County Sheriff's Office check this address for his children. The Sheriff's Office told J. Harvill they contacted a woman at the home who told Deputies she lived there and was renting it. The woman told the Deputies FOX and Cobat lived in their RV. J. Harvill said before that, FOX lived on Scott Mountain Rd, in Sweet Home, OR. This property belonged to Lavina Edgerly. J. Harvill provided a letter signed by Edgerly stating FOX lived on her property without her approval and left in July 2022. I reviewed FOX's Oregon registrations and noted FOX was registered at 28211 Scott Mountain Rd, Sweet Home, OR, from March 2022 until October 10, 2022, 3 months after he reportedly left her property.

12. SORNA requires offenders to "not later than 3 business days after each change of name, residence, employment, or student status, appear in person in at least 1 jurisdiction involved". Offenders must also provide the license plate number and a description of any vehicle owned or operated by the sex offender.

13. Investigators have conducted multiple records checks to determine whether FOX has updated his sex offender registration in Arizona as required by federal law. I, or persons with whom I am working, have checked national sex offender registration databases, and checked with both the Maricopa County Sheriff's Office and the Pinal County Sheriff's Office to see whether FOX has updated his registration since arriving in Arizona. As of November 9, 2022, FOX has not registered as a sex offender in Arizona.

14. For these reasons, I submit that there is probable cause to believe TIM WAYNE FOX, has violated 18 U.S.C. § 2250(a), Failure to Register as a Sex Offender. I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and belief.

_____
JACLYN WILLIAMS
Deputy United States Marshal

Sworn to before me telephonically this ~~9th~~ 10th day of November 2022.

_____
Honorable
United States Magistrate Judge